1 William E. O'Nell, Esq. (185756)
  LAW OFFICE OF WILLIAM E. O'NELL
2 101 West Broadway, Suite 810
  San Diego, CA 92101
3 Telephone: (619) 702-7636
  Facsimile: (619) 702-7639
4
  Attorney for Plaintiff Rebeca Palermino
5

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  REBECA PALERMINO, | CASE NO.: 07cv1345-DMS (BLM) |
| 12           Plaintiff, | |
| 13  vs. | STIPULATION FOR DISMISSAL |
| 14  JOHN HANCOCK LIFE INSURANCE CO., a Massachusetts Corporation formerly known as JOHN HANCOCK MUTUAL LIFE INSURANCE CO.; JOHN HANCOCK VARIABLE LIFE INSURANCE CO., a Massachusetts Corporation; JOHN HANCOCK FUNDS, Inc., a Delaware Corporation; JOHN HANCOCK FUNDS, LLC, a Delaware LLC; JOHN HANCOCK SIGNATURE SERVICES, INC., a Delaware Corporation formerly known as JOHN HANCOCK INVESTOR SERVICES, INC. AND JOHN HANCOCK FUND SERVICES, INC.; JOHN HANCOCK FINANCIAL SERVICES, INC., a Delaware Corporation; SIGNATOR INVESTORS, INC., a Delaware Corporation formerly known as JOHN HANCOCK DISTRIBUTORS, INC.; JOHN HANCOCK, a business of unknown form; and DOES 1-100, Inclusive, | U.S. District Court Judge:    Hon. Dana M. Sabraw<br>Magistrate Judge:    Hon. Barbara L. Major |
| 25           Defendants. | |

26

27     The parties having reached a settlement of the instant dispute, hereby stipulate by and

28 through their designated counsel that the above-captioned action including the Complaint, be

1  dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). Each party will bear his, her or its
2  own costs and attorneys fees incurred in connection with the above-captioned lawsuit, the claims
3  released, and the negotiation and memorialization of any agreement.
4  **SO STIPULATED:**
5  DATED: 2/19/08           LAW OFFICE OF WILLIAM E. O'NELL
6
7                           By: _____
8                               William E. O'Nell, Esq., Attorney for
                                Plaintiff, Rebeca Palermino
9
10 DATED: 2/8/07            BURNHAM BROWN,
11                          A PROFESSIONAL LAW CORPORATION
12
                            By: _____
13                              John K. Kirby, Esq.
                                Sarah Valentine, Esq.
14                              Attorneys for Defendants:
                                John Hancock Life Insurance Co.; John
15                              Hancock Variable Life Insurance Co.; John
                                Hancock Funds, Inc., John Hancock Funds
16                              LLC; John Hancock Signature Services,
                                Inc.; John Hancock Financial Services,
17                              Inc.; Signator Investors, Inc.; and
                                John Hancock
18
19
20
21
22
23
24
25
26
27
28